IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW RAME GRINER RAMSEY,<br><br>Defendant. | Case No. 23-CR-159-JFH |

## OPINION AND ORDER

Before the Court is a pro se motion requesting the Court waive the $100 special assessment imposed at sentencing ("Motion") filed by Defendant Matthew Rame Griner Ramsey ("Defendant"). Dkt. No. 44. Defendant was sentenced on October 24, 2023 by Judge Raul M. Arias-Marxuach. Dkt. No. 43. Pursuant to 18 U.S.C. § 3013(a)(2)(A), Defendant's sentence included a $100 mandatory special monetary assessment. *Id*. Without any reasoning or authority, Defendant asks that such assessment be waived. Because the special assessment, as ordered, is consistent with the requirement of 18 U.S.C. § 3013(a)(2)(A), Defendant's motion should be denied.

## CONCLUSION

IT IS THEREFORE ORDERED that Defendant's motion requesting the Court waive the $100 special assessment [Dkt. No. 44] is DENIED.

DATED this 21st of May 2024.

JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE